541 A.2d 738

**Edward H. GINIECZKI, Appellant,**

v.

**Nancy Sanwald GINIECZKI, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided May 20, 1988.

Michael J. Stack; William T. Gallagher, Philadelphia, for appellant.

Paul Shalita, Philadelphia, for appellee.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.